**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| HEMANTKUMAR B. PADHIYAR, | ) | |
| KRISH H. PADHIYAR, and | ) | |
| AMITABAHEN H. PADHIYAR, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:26-cv-00190 |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal. (Doc. No. 11). Accordingly, this

action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. Pro. 41(a)(1)(A)(i). The Clerk

shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE